IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKIE VICE, | No. C 08-05368 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| YELLOW TRANSPORTATION, INC., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 19, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 11, 2009.

DESIGNATION OF EXPERTS: 11/9/09; REBUTTAL: 11/30/09.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 18, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by September 25, 2009;

Opp. Due October 9, 2009; Reply Due October 16, 2009;

and set for hearing no later than October 30, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 12, 2010 at 3:30 PM.

JURY TRIAL DATE: January 25, 2010 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

All initial disclosures are due by March 13, 2009.

The parties shall participate in private mediation by May 2009. Counsel shall confirm in writing when an exact date has been scheduled.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

SUSAN ILLSTON
United States District Judge