1  **HUNTER PYLE, SBN 191125**
   **PAMELA KONG, SBN 220912**
2  SUNDEEN SALINAS & PYLE
   1330 Broadway, Suite 1830
3  Oakland, California 94612

4  Telephone: (510) 663-9240
   Facsimile: (510) 663-9241
5

   hpyle@ssrplaw.com, pkong@ssrplaw.com
6

   Attorneys for Plaintiff
7  VICKIE VICE

8  **RONALD KLEPETAR, SBN 52535**
   Baker & Hostetler LLP
9  12100 Wilshire Blvd 15FL
   Los Angeles, CA 90025
10 Telephone: (310) 820-8800
   Facsimile: (310) 820-8859
11

   rklepetar@bakerlaw.com
12

   Attorneys for Defendant
13 YELLOW TRANSPORTATION, INC.

14

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICKIE VICE | Case No. C 08-05368 SI |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) AND ORDER THEREON** |
| vs. | |
| YELLOW TRANSPORTATION, INC., | |
| Defendant. | |

**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2)
AND ORDER THEREON**
VICE v. YELLOW TRANSPORTATION, INC., Case No. C 08-05368 SI
**-1-**

## STIPULATION

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff VICKIE VICE, by and through her attorneys of record, and defendants YELLOW TRANSPORTATION, INC., by and through its attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

Dated: July 27, 2009                          SUNDEEN SALINAS & PYLE

                                              By:_/S/_____
                                                   Hunter Pyle

                                              Attorneys for Plaintiff
                                              VICKIE VICE

Dated: July 27, 2009                          YELLOW TRANSPORTATION, INC.

                                              By:_/S/_____
                                                   Ronald Klepetar

                                              Attorneys for Defendant
                                              YELLOW TRANSPORTATION, INC.

## ORDER

The Court having read and considered the foregoing stipulation, and good cause appearing, this action is dismissed with prejudice, each party to bear its own attorneys fees and costs.

IT IS SO ORDERED

Dated: _____

HON. SUSAN ILSTON
United States District Judge

---

**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) AND ORDER THEREON**
VICE v. YELLOW TRANSPORTATION, INC., Case No. C 08-05368 SI
-2-